IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR128 |
| | ) | |
| v. | ) | |
| | ) | |
| TARO B. TAYLOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This matter is before the Court on the motion to withdraw filed by Jessica P. Douglas and the Office of the Federal Public Defender.  Pursuant thereto,

   IT IS ORDERED that said motion is granted; Jessica P. Douglas and the Office of the Federal Public Defender are deemed withdrawn as counsel for defendant.

   DATED this 31st day of March, 2008.

          BY THE COURT:

         /s/ Lyle E. Strom
         _____
          LYLE E. STROM, Senior Judge
          United States District Court